UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JONATHAN BEHRLE,

    Plaintiff,

-vs-                                              CASE NO.:  8:19-CV-00816-JDW-CPT

HOVG, LLC d/b/a BAY
AREA CREDIT SERVICE,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Jonathan Behrle, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Sangeeta Spengler, Esq., GOLDEN SCAZ GAGAIN, PLLC, 201 North Armenia Avenue, Tampa, FL  33609 (spspengler@gsgfirm.com).

                                              */s/ Jason R. Derry, Esquire*
                                              Jason R. Derry, Esquire
                                              Florida Bar No.: 0036970
                                              Morgan & Morgan, Tampa, P.A.
                                              201 North Franklin Street, 7th Floor
                                              Tampa, FL 33602
                                              Telephone: (813) 223-5505
                                              Facsimile:  (813) 257-0577
                                              jderry@ForThePeople.com
                                              jkneeland@ForThePeople.com
                                              *Attorney for Plaintiff*