UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JONATHAN BEHRLE,

    Plaintiff,

-vs-                                              CASE NO.:  8:19-CV-00816-JDW-CPT

HOVG, LLC d/b/a BAY AREA CREDIT
SERVICE,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Jonathan Behrle, and the Defendant, HOVG, LLC d/b/a Bay Area Credit Service, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 24th day of September, 2019.

*/s/ Jason R. Derry, Esquire*
Jason R. Derry, Esquire
Florida Bar No.: 0036970
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 257-0577
jderry@ForThePeople.com
jkneeland@ForThePeople.com
*Attorney for Plaintiff*

*/s/ Sangeeta Spengler, Esquire*
Sangeeta Spengler, Esquire
Florida Bar No.:  0186864
Golden Scaz Gagain, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone:  (813) 251-5500
Facsimile:  (813) 251-3675
spspengler@gsgfirm.com
lbrooks@gsgfirm.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 24, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Sangeeta Spengler, Esq., GOLDEN SCAZ GAGAIN, PLLC, 201 North Armenia Avenue, Tampa, FL  33609 (spspengler@gsgfirm.com).

    */s/ Jason R. Derry, Esquire*
    Jason R. Derry, Esquire
    *Attorney for Plaintiff*