# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**JONATHAN BEHRLE,**

    **Plaintiff,**

v.                                  Case No. 8:19-cv-816-T-27CPT

**HOVG, LLC d/b/a BAY AREA CREDIT SERVICE,**

    **Defendant.**
_____/

## ORDER

    **BEFORE THE COURT** is the parties' joint stipulation of dismissal with prejudice (Dkt. 15). Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk is instructed to **CLOSE** the file.

    **DONE AND ORDERED** in chambers this 24th day of September, 2019.

                                           */s/ James D. Whittemore*

                                           **JAMES D. WHITTEMORE**
                                           **United States District Judge**

Copies to:
Counsel of Record